IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

EPR MARINE WELDING
CONSTRUCTION SERVICES INC.,

Debtor

Case No. 03-12653 (SEK)

Chapter 11

## ORDER FOR TURNOVER OF CONSIGNED FUNDS

The debtor, EPR Marine Welding Construction Services, Inc. ("EPR") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on November 17, 2003. EPR's amended schedules include an action pending before the San Juan Superior Court filed by Naval Services of Puerto Rico, Inc. ("Naval Services"), Civil No. KICD 2001-3200 (505), against EPR, Alumna Electric Corp. ("Alumna") and the Autoridad de los Puertos de Puerto Rico ("PRPA"). The local court action is for collection of money and EPR filed cross-claims against the other defendants. EPR's plan was confirmed and the final decree was entered.

In the local court proceeding, EPR settled with Alumna and the compromise was approved by the bankruptcy court, J. Vaughn sitting by designation. Prior to the settlement with Alumna, on March 6, 2002, PRPA consigned and deposited funds, in the amount of $62,000, which it owed to EPR, with the local court. On several occasions EPR has requested the withdrawal of these funds.

WHEREFORE IT IS ORDERED that the $62,000, plus any accrued interest, deposited by the Autoridad de los Puertos de Puerto Rico, with the Superior Court, San Juan Part in case KICD 2001-3200 (505), <u>Naval Services of Puerto Rico, Inc. v. EPR Marine Welding Construction Services, Inc., et al.</u> be deposited for the benefit of the estate and administrative expenses in the United States Bankruptcy Court for the District of Puerto Rico in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 6th day of July, 2011.

BY THE COURT:

_____
SARA E. DE JESUS
U.S. Bankruptcy Judge